IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NATHAN WAGNER, | ) |
| Plaintiff, | ) |
| vs. | ) CAUSE NO. 1:19-cv-2992 |
| METALWORKING LUBRICANT, CO., | ) |
| Defendant. | ) |

**COMPLAINT FOR DAMAGES**

Plaintiff, Nathan Wagner, for his Complaint against Defendant, Metalworking Lubricants' Co. ("Metalworking"), state the following:

### I.  Parties

1. Plaintiff is a resident of Marion County, Indiana.

2. Defendant, Metalworking Lubricants, Co., is a business located in Indianapolis, Indiana.

### II.  Jurisdiction and Venue

4. This court has jurisdiction to hear this claim pursuant to 28 U.S.C. §1331, in that the claims arise under the laws of the United States. Specifically, Plaintiff brings this action to enforce his rights under the FLSA.

5. Venue in the Southern District of Indiana, Indianapolis Division, is appropriate by virtue Defendant doing business in this District.

### III.  Factual Allegations

10. Plaintiff began working for Defendant in mid-January 2019.

11. Plaintiff was an hourly employee of Defendant.

12. Defendant paid Plaintiff $15.00 per hour.

13. Defendant paid Plaintiff on a weekly basis.

14. Plaintiff worked over 40 hours in a week for Defendant.

15. Defendant would subtract ten (10) or more hours from Plaintiff time worked each workweek.

16. Plaintiff confronted Defendant amount the hours being subtracted from his paycheck and Defendants failure to pay Plaintiff for these overtime.

17. Despite Plaintiff's repeated complaints about not being paid for all hours that he worked, Defendants continued to reduce the hours it paid to Plaintiff.

18. After coming to the realization that Defendant did not intend to stop stealing his overtime, Plaintiff was constructively discharged in March 2019.

### III. Cause of Action

#### Count I
#### Failure to Pay Overtime Wages
#### Pursuant to the FLSA, 29 U.S.C. §201 *et. seq.*

19. Plaintiff incorporates paragraphs 1 through 18 by reference herein.

20. Plaintiff was an employee of Defendant pursuant to the FLSA.

21. Plaintiff's work for Defendant involved interstate commerce.

22. Defendant is an employer pursuant to the FLSA.

23. Defendant had gross revenues of at least $500,000.00 for the 2018 calendar year.

24. Defendant willfully failed to properly pay all overtime hours worked by Plaintiff.

25. Defendant willfully failed to properly pay all overtime wages in a timely fashion.

26. Defendant's violations of the FLSA have damaged Plaintiff.

WHEREFORE, Plaintiff prays that the Court enter a Judgment in favor of Plaintiff and against Defendant in an amount to compensate Plaintiff, liquidated damages, prejudgment interest, attorney fees, costs of this action, and for all other relief which is just and proper in the premises.

Respectfully submitted,

WELDY LAW

/s/Ronald E. Weldy
Ronald E. Weldy, #22571-49

## Count II
### Constructive Discharge – Wrongful Termination
### Pursuant to the FLSA, 29 U.S.C. §201 *et. seq.*

27. Plaintiff incorporates paragraphs 1 through 26 by reference herein.

28. Defendant reduced the overtime hours of Plaintiff by ten (10) or more hours each week while Plaintiff worked for Defendant.

29. Plaintiff complained to Defendant about his hours and wages not being paid at the correct amount each week that he received a smaller than earned paycheck.

30. Once Plaintiff realized that Defendant was not going to pay him for all of his work each and every week, Plaintiff felt that he had no choice but to quit his job or continue to be cheated each week out of wages earned and not paid.

31. Defendant's violations of the FLSA have damaged Plaintiff.

WHEREFORE, Plaintiff prays that the Court enter a Judgment in favor of Plaintiff and against Defendant in an amount to compensate Plaintiff, liquidated damages, special and punitive damages, prejudgment interest, attorney fees, costs of this action, and for all other relief which is just and proper in the premises.

          Respectfully submitted,

          WELDY LAW

          /s/Ronald E. Weldy
          Ronald E. Weldy, #22571-49

### IV. Jury Demand

32. Plaintiff incorporates paragraphs 1 through 31 by reference herein.

33. Plaintiff demands a trial by jury.

          Respectfully submitted,

          WELDY LAW

          /s/Ronald E. Weldy
          Ronald E. Weldy, #22571-49
          Counsel for Plaintiff,
          Nathan Wagner

Weldy Law
8383 Craig Street
Suite 330
Indianapolis, IN 46250
Tel: (317) 842-6600
Fax: (317) 288-4013
E-mail: rweldy@weldylegal.com